UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DUSTIN COOPER,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:25-cv-00768-ART-CLB

ORDER

This habeas matter is before this Court on Petitioner Dustin Cooper's unopposed motion for a 21-day extension of time to file his Amended Petition. (ECF No. 12.) This is Cooper's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 12) is granted. Cooper has up to and including June 29, 2026, to file his Amended Petition.

DATED THIS 12th day of June 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1