UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN COOPER, Petitioner, v. NETHANJAH BREITENBACH, Respondent. | Case No. 3:25-cv-00768-ART-CLB ORDER |

This counseled habeas matter comes before the Court on Petitioner Dustin Cooper's motion for leave to file a second amended petition. (ECF No. 16 ("Motion").) This Court appointed the Federal Public Defender to represent Cooper on March 9, 2026. (ECF No. 11.) Cooper filed a first amended petition on June 29, 2026, and moved for leave to file a second amended petition. (ECF Nos. 14, 16.) In the Motion, Cooper's counsel explains that he filed the first amended petition before Cooper's statute of limitations expired but that additional time is needed to perfect Cooper's request for federal habeas relief. (ECF No. 16.) Respondent filed a non-opposition to the Motion. (ECF No. 17.) Under Federal Rule of Civil Procedure 15(a)(2), a party may amend a pleading with the Court's leave, and "[t]he court should freely give leave when justice so requires." The Court finds that leave to amend is appropriate.

It is therefore ordered that the Motion [ECF No. 16] is granted. Cooper has up to and including September 30, 2026, to file his second amended petition.

DATED THIS 23rd day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE