UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN COOPER, Petitioner, v. NETHANJAH BREITENBACH, Respondent. | Case No. 3:25-cv-00768-ART-CLB ORDER |

This habeas matter is before this Court on Petitioner Dustin Cooper's unopposed motion for a 90-day extension of time to file his Second-Amended Petition. (ECF No. 19.) This is Cooper's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 19) is granted. Cooper has up to and including December 31, 2026, to file his Second-Amended Petition.

DATED THIS 2nd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE